UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

MR. MD MOHYMENUL ISLAM,

                         Plaintiff,

      v.

Chief AAO SUSAN DIBBINS[1]; U.S. Attorney General PAMELA BONDI; Director KRISTI NOEM, Acting Director ANGELICA ALFONSO-ROYALS; Acting Deputy Director KIKA SCOTT,

                        Defendants[2].

**STIPULATION OF DISMISSAL** <u>**WITHOUT PREJUDICE**</u>

Civil Action No. 24-cv-6670

(Vitaliano, J.)

-----------------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
       June 30, 2025

SHOLLA LAW FIRM, P.C.
*Attorneys for Plaintiff*
150 Broadway, Suite 901
New York, New York 10038

By: 
      Patrick Caston Crowley, Esq.
      (914) 406-5075
      pcrowley@shollalawfirm.com

---

[1] Caption corrected to reflect current title for Dibbins.

[2] Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit. Therefore, U.S. Attorney General Bondi has been substituted for U.S. Attorney General Garland; Director Noem has been substituted for Director Mayorkas; Acting Director Alfonso-Royals has been substituted for Director Jaddou and Acting Deputy Director Scott has been substituted for Director Renaud.

Dated: Brooklyn, New York
June 26, 2025

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201

**Application Granted
SO ORDERED
Brooklyn, New York
Dated: 7/1/2025**

/s/ Eric N. Vitaliano
_____
**Eric N. Vitaliano
United States District Judge**

By: /s/ Rachel Balaban
Rachel Balaban
Assistant U.S. Attorney
(718) 254-6028
rachel.balaban@usdoj.gov

The Clerk of Court is directed to close this case.